UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON F. LIVERPOOL,<br><br>                 Plaintiff,<br><br>                 -v.-<br><br>CAPTAIN DAVIS, Shield #1282;<br>OFFICER GREEN, Shield #7507;<br>OFFICER LARAQUE, Shield #3665<br>CAPTAIN KISTE, Shield #958<br>CORRECTIONS OFFICER LLARCH,<br>Shield #3352,<br><br>                 Defendants. | 17 Civ. 3875 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On January 23, 2019, the Court ordered Defendants to file their anticipated motion to dismiss by March 8, 2019, and Plaintiff to file his opposition papers on or before April 22, 2019. (Dkt. #55). Defendants filed their motion on March 7, 2019 (Dkt. #56-59), but Plaintiff failed to file his opposition papers by April 22, 2019. On May 22, 2019, Defendants wrote to the Court, noting that Plaintiff had failed to oppose the motion for summary judgment and requesting that the Court grant its unopposed motion. (Dkt. #65). On May 31, 2019, the Court granted Plaintiff an extension of time to file his opposition papers to July 1, 2019. (Dkt. #67). Plaintiff filed his opposition brief on June 18, 2019, but failed to file an opposition to Defendants' Rule 56.1 statement. (Dkt. #69). On July 31, 2019, the Court ordered Plaintiff to file an opposition to Defendants Rule 56.1 statement on or before September 1, 2019. (Dkt. #76). The Court then extended that deadline to September 30, 2019.

(Dkt. #78). Plaintiff filed his opposition to Defendants' Rule 56.1 statement on September 30, 2019. (Dkt. #79). That submission did not include any exhibits.

On November 4, 2019, Plaintiff filed a letter manifesting his intent to file exhibits as part of his opposition papers to Defendants' pending motion for summary judgment. (Dkt. #81). Plaintiff asked that Defendants provide him with copies of documents that he had previously received, but had lost, to enable him to do so. (*Id.*). Defendants notified the Court on November 14, 2019, that they had sent Plaintiff the documents he requested. (Dkt. #83).

Defendant's motion for summary judgment has been pending since March 7, 2019, and more than seven months have passed since Plaintiff's opposition papers were originally scheduled to have been submitted. Accordingly, Plaintiff is ordered to provide any exhibits relevant to his opposition to the motion for summary judgment on or before December 15, 2019. No further extensions of time will be granted.

SO ORDERED.

Dated: November 25, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Anton F. Liverpool
155581
Intake Center PO Box 8249
Cranston, RI 02920
```