UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANTON F. LIVERPOOL,

                              Plaintiff,

- against -

CAPTAIN DAVIS, ET AL.,

                              Defendants.

---------------------------------------------------------------x

**ORDER TO PRODUCE**

17-CV-03875 (KPF)

KATHERINE POLK FAILLA, United States District Judge:

**IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of the Anthony P. Travisono Intake Service Center, located in Cranston, Rhode Island, produce inmate Anton F. Liverpool, Inmate Id. 155581, at a location within the facility with a telephone for the court-ordered telephone conference on March 23, 2020 at 2:00pm and for so long thereafter, as the conference continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of the Anthony P. Travisono Intake Service Center so that he may attend the scheduled telephone conference.

Dated: New York, New York
          March 12, 2020

                                              *Katherine Polk Failla*
                                              HON. KATHERINE POLK FAILLA