```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANTON F. LIVERPOOL,

                            Plaintiff,                         **17-CV-3875 (KPF)**

            -against-                         **ORDER SCHEDULEING TELEPHONE**
                                                                                **CONFERENCE**

CAPTAIN DAVIS, et al.,

                            Defendants.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

    A Settlement Status telephone conference in this matter will be held on **Wednesday, September 9, 2020 at 3:00 p.m.**

    It is hereby ordered that the Warden of other official in charge of the Intake Center produce Plaintiff Anton F. Liverpool, Prison Identification No. 155581 on **September 9, 2020** by no later than 3:00 p.m., to a suitable location within the Intake Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.

    Defendant's counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone.  **Please dial (866) 434-5269, Access code: 4858267**.

    **The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

    **SO ORDERED.**

DATED:   New York, New York
         July 21, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge