```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTON F. LIVERPOOL,

                            Plaintiff,                17-CV-3875 (KPF)

            -against-                                 ORDER SCHEDULEING TELEPHONE
                                                              CONFERENCE

CAPTAIN DAVIS, et al.,

                            Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Settlement Status telephone conference in this matter will be held on **Wednesday, September 30, 2020 at 3:00 p.m.**

It is hereby ordered that the Warden of other official in charge of the Intake Center produce Plaintiff Anton F. Liverpool, Prison Identification No. 155581 on **September 30, 2020** by no later than 3:00 p.m., to a suitable location within the Intake Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Chris Aiello at (212) 805-0234.

Defendant's counsel is directed to call Judge Parker's teleconference line at the scheduled time with the Plaintiff already on the phone. **Please dial (866) 434-5269, Access code: 4858267**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2020

By September 28, 2020, Defendant shall submit an ex parte letter by email setting forth its settlement position and the reasons therefor and providing the Court with a copy of the relevant video and release that Plaintiff signed.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

**SO ORDERED.**

DATED:   New York, New York
         September 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge