UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON F. LIVERPOOL,

                Plaintiff,

          -v.-

CAPTAIN DAVIS, Shield #1282;
OFFICER GREEN, Shield #7507;
OFFICER LARAQUE, Shield #3665;
CAPTAIN KISTE, Shield #958; and
CORRECTION OFFICER LLARCH,
Shield #3352,

                Defendants.

17 Civ. 3875 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Trial in this action scheduled for April 11, 2022 (Dkt. #131) is hereby ADJOURNED. Trial shall commence December 5, 2022, at 9:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are hereby ORDERED to exchange drafts of their portions of the Joint Pretrial Order by no later than November 7, 2022. The parties are further ORDERED to file the Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and pretrial memoranda of law (if any) by November 14, 2022. Any opposition papers shall be filed by November 21, 2022. Additionally, the parties are ORDERED to appear for a final pretrial conference on November 29, 2022, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  March 7, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge